# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**William Alex Vansach**<br>DOB: 1971; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>20-07414MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 1, 2020, at or near Amado, in the District of Arizona, **William Alex Vansach** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 1, 2020, William Alex VANSACH approached the United States Border Patrol (USBP) checkpoint on Interstate 19, near Amado, Arizona. VANSACH was the driver of a white 2007 Chevrolet Tahoe bearing an Arizona license plate. During the primary inspection, a USBP canine alerted to an odor it had been trained to detect emanating from VANSACH's vehicle. VANSACH was sent to secondary inspection, where the canine again alerted to VANSACH's vehicle. Agents allowed the canine to enter the vehicle and it alerted to the center console area. Agents searched the center console area and found a clear container that had a label on it from a marijuana dispensary. A small amount of marijuana residue was found inside the container. The agent continued to search the center console and located a small bundle wrapped in black electrical tape below the plastic cup holder tray. The bundle contained a bag with small pills. A representative sample of the pills was field tested and yielded positive results for fentanyl. The fentanyl weighed 139.3 grams.

After waiving his *Miranda* rights, VANSACH stated he works as an Uber and Lyft driver and that he also has a side business where he transports people outside of those two companies. VANSACH stated that on this occasion, he took a Lyft passenger from Tucson to somewhere in the vicinity of Amado. VANSACH said he then decided to travel to Nogales, Arizona to seek out more passengers. VANSACH stated he picked up two subjects near the DeConcini Port of Entry, stopped briefly at a gas station, and then transported the two subjects to the McDonalds on Mariposa Road. VANSACH said he dropped off the two subjects and then decided to drive back north until he was stopped at the checkpoint. VANSACH admitted to using marijuana and crack. VANSACH said he had a crack rock inside the vehicle when he was stopped at the checkpoint. Agents noted that USBP personnel did not locate the crack rock.

VANSACH gave consent for agents to search his phone. Agents searched VANSACH's phone and found communications with an unknown subject on July 1, 2020. The unknown subject appeared to be directing VANSACH where to go in Nogales. Agents continued to search VANSACH's phone and observed photos of several wrapped bundles that were consistent in appearance to packages of illegal drugs. Agents also found photos of a clear, crystalline substance inside a clear bag, and a photo of VANSACH holding a rubber band wrapped bundle of cash.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>KCH/am<br>AUTHORIZED AUSA *Kevin Hakala*<br>Sworn to telephonically. | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Michael A. Shaw/Special Agent/HSI |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau*<br>[1] See Federal rules of Criminal Procedure Rules 3 and 54 | DATE<br>July 2, 2020 |